## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| Katelynn Anderson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:25-cv-00307-LCB |
| | ) | |
| TrueAccord Corp., a Delaware | ) | |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff hereby gives notice to the Court that she has reached a settlement of her claims against the Defendant.  Plaintiff hereby requests that this Court dismiss her claims with leave to reinstate by May 12, 2025.

Dated:  March 26, 2025

One of Plaintiff's Attorneys

s/ David J. Philipps_____
One of Plaintiff's Attorneys

David J. Philipps   (AL Bar No. 4240-J13P)
Philipps & Philipps, Ltd.
9760 South Roberts Road, Suite One
Palos Hills, Illinois 60465

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 26, 2025, a copy of the foregoing **Notice of Settlement** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Ronald C. Sykstus                         rsykstus@bondnbotes.com
Thomas F. Sykstus                      tsykstus@bondnbotes.com
Bond, Botes, Sykstus
   & Tanner, P.C.
225 Pratt Avenue
Huntsville, Alabama 35801

Notice of this filing will be sent to the following party via e-mail, on March 26, 2025.

Vanessa White, Paralegal                vanessa.white@trueaccord.com
TrueAccord Corp.
16011 College Boulevard Suite 130
Lenexa, Kansas 66219


s/ David J. Philipps_____

David J. Philipps   (AL Bar No. 4240-J13P)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com